### 18339. TANNER v. COCHRAN.

BLOODWORTH, J. Under the pleadings and the evidence in this case, the only proper and legal verdict which the jury could have found, had the case been submitted to them, would have been in favor of the plaintiff for the full amount for which suit was brought; and the court did not err in directing such a verdict.

       *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

       DECIDED NOVEMBER 16, 1927.

Complaint; from city court of Douglas—Judge Henson. July 1, 1927.

*E. L. Grantham,* for plaintiff in error.

*J. N. McDonald, Mingledorff & Gibson,* contra.